ADELE CONWAY, as Administratrix, etc., of JAMES CONWAY, Deceased, Respondent, v. ROYAL BLUE SIGHTSEEING CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. ·Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRY WHITE, Appellant, v. ROSE SAPHIRE and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ANNA GRIMM and HERMANN GRIMM, Appellants, v. ·SYNDICATED EQUITIES, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. The bill of particulars to be served within ten days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN G. LONSDALE and Another, Appellants, v. JAMES SPEYER and Others, Defendants, Impleaded with EDWARD N. BROWN, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN G. LONSDALE and Another, Appellants, v. JAMES· SPEYER and Others, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CENTRAL HANOVER BANK & TRUST COMPANY, Respondent, v. COLONIAL CREDIT CORPORATION, Appellant, Impleaded with Others, Defendants. T. A. HOLDING CORP. and ROBERT J. FITZSIMMONS, Receiver, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent T. A. Holding Corp. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROI CONSTRUCTION CORP., Respondent, v. BELMAR HOLDING CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GEORGE RAPHAEL, Respondent, v. REGAL FURRIERS, INC., Appellant.— Orders appealed from, in so far as they granted examination of defendant before trial as to the items in question, unanimously affirmed, except as to item 3 which has become academic. In so far as the appeals purport to be taken on alleged rulings as to the burden of proof, they should be dismissed. The reasons given in passing on the items are not the basis of an appeal. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HEINZ SCHNEEBAUM, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.